# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAMAR McCOY, #243521 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 19-0738-CG-B |
| | ) |
| MARY COOKS, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 19, 2019 (Doc. 6) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Lamar McCoy's habeas corpus petition (Doc. 1) be **DISMISSED** without prejudice for lack of jurisdiction, on the ground that it is a second or successive petition under 28 U.S.C. § 2244(b).

**DONE and ORDERED** this 20th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE